**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>   Gliee V. Gunsalus<br>   Brian L. Gunsalus Sr.<br><br>                 Debtor(s) | Case No.: 2−17−20445−PRW<br>Chapter: 13<br><br>SSN:  xxx−xx−0834<br>SSN:  xxx−xx−8715 |

## NOTICE PURSUANT TO BANKRUPTCY RULE 3004
## OF THE FILING OF A CLAIM BY THE DEBTOR OR TRUSTEE

**PLEASE TAKE NOTICE** that, pursuant to 11 USC §501(c) and Bankruptcy Rule 3004, a proof of claim has been filed on behalf of:

Ontario County Treasurer
Ontario County Office Building
20 Ontario Street
Canandaigua, NY 14424

    by ( X )   the debtor or their attorney; or
        ( )   the trustee or debtor−in−possession.


Date: August 2, 2018                                          Lisa Bertino Beaser
                                                                      Clerk of Court

Form claim501/Doc 58
www.nywb.uscourts.gov