# GEORGE M. REIBER
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623
(585)427-7225

February 27, 2019

Honorable Paul R. Warren
Bankruptcy Judge
100 State Street
Rochester, NY 14614

Dear Judge Warren,

Re: Brian L., Sr. & Gliee V. Gunsalus
    BK Case No.: 17-20445-PRW

In preparation for our Rule 16 conference next week, I have prepared a mock confirmation report to highlight some of the issues which stand in the way of confirming the filed plan.

                                                 Very truly yours,

                                        /S/_____
                                              George M. Reiber
                                              Chapter 13 Trustee

GMR/hah
Xc: Kathleen Dunivin Schmitt, Esq.,
     Assistant US Trustee
    Jason DiPonzio, Esq.
    Mark Wattenberg, Esq.
    Brian & Gliee Gunsalus